# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

————————————————————— )
                                                )
**JEFFREY POLSKY**                              )
**POB 7340 FDR Station**                        )
**New York, NY 10150-7340,**                    )
                                                ) Civil Action No. 1:10-cv-00140-JGK
   *on behalf of himself and on behalf*         )
   *of all other similarly situated,*           )
                                                )
                          *Plaintiffs,*         )
                                                )
**v.**                                          )
                                                )
**DEUTSCHE BANK AG (DEUTSCHE**                  )
**BANK CORPORATION), and DEUTSCHE** )
**BANK  SECURITIES, INC.**                      )
**60 Wall Street**                              )
**New York, NY 10005,**                         )
                                                )
                          *Defendant.*          )
————————————————————— )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that the above-entitled action is voluntarily dismissed with prejudice in its entirety, without costs, attorneys fees or interest to either party.

It is hereby ORDERED that this action shall be, and hereby is DISMISSED with prejudice.

ENTERED this ___ day of May, 2010.

_____
Honorable Judge John G. Koeltl

WE ASK FOR THIS:


/s/ R. Scott Oswald
R. Scott Oswald
David L. Scher
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW
Suite 900
Washington, D.C. 20006
Telephone:      202.331.3911
Facsimile:      202.261.2835

*Attorneys for Plaintiff Jeffrey Polsky*